## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN  DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Lakitah English | : | |
| | : | |
| | : | JURY DEMANDED |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Got the Look, Inc. | : | |
| | : | No.:  16-cv-02932 |
| | : | |
| Defendants | : | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Lakitah English, by and through her undersigned attorney, hereby voluntarily dismisses this action with prejudice.

### LAW OFFICES OF ERIC A. SHORE, P.C.

BY:  s/ Graham F. Baird

**GRAHAM F. BAIRD, ESQUIRE**

Two Penn Center

1500 JFK Boulevard,  Suite 1240

Philadelphia, PA 19110

Attorney for Plaintiff, Lakitah English

Date: 1/5/2017

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Lakitah English | : | |
| | : | |
| | : | JURY DEMANDED |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Got the Look, Inc. | : | |
| | : | No.: 16-cv-02932 |
| | : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

On January 5, 2017, the undersigned served the Plaintiff's Voluntary Dismissal via

electronic filing upon the following counsel:

Lorena E. Ahumada, Esq.
Zachary C. Glaser, Esq.
Kleinbard, LLC
One Liberty Place, 46th Floor
1650 Market Street
Philadelphia, PA 19103

**LAW OFFICES OF ERIC A. SHORE, P.C.**

BY: s/ Graham F. Baird
**GRAHAM F. BAIRD, ESQUIRE**
Attorney for Plaintiff, Lakitah English

Date: 1/5/2017