# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Lakitah English | : | |
| 3817 Sydenham Street | : | |
| Philadelphia, PA 19140 | : | |
| | : | JURY DEMANDED |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 16-02932 |
| Got the Look, Inc. | : | |
| 1575 North 52nd Street, Suite 702 | : | |
| Philadelphia, PA 19131 | : | |
| | : | |
| | : | |
| Defendants | : | |

## STIPULATION

Plaintiff, Lakitah English ("Plaintiff") and Defendant, Got the Look, Inc., by and through their undersigned attorneys, hereby stipulate and agree to dismiss the above captioned matter with prejudice and all parties bearing their own costs subject to the agreement and release of claims by and between them.


s/Graham F. Baird                          __/s/  Lorena E. Ahumada_____
Graham F. Baird, Esquire                   Lorena Ahumada, Esquire
Attorney for Plaintiff, Lakitah English    Kleinbard LLC
                                           Attorneys for Defendant, Got the Look, Inc.


## BY THE COURT:


_____

                                        , U.S.D.J.

{01123854;v1 }